**DISMISS and Opinion Filed April 15, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-24-00319-CR**

**No. 05-24-00320-CR**

**THE STATE OF TEXAS, Appellant**
**V.**
**DEMARCUS DEAN SCOTT, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause Nos. 007-85976-2023, 007-86865-2023**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Kennedy

The State of Texas has filed a motion to dismiss these appeals. *See* TEX. R.

APP. P. 42.2. We grant the motion and order the appeals dismissed.


/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

240319F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-24-00319-CR      V.

DEMARCUS DEAN SCOTT,
Appellee

On Appeal from the County Court at
Law No. 7, Collin County, Texas
Trial Court Cause No. 007-85976-
2023.
Opinion delivered by Justice
Kennedy. Justices Molberg and
Nowell participating.

      Based on the Court's opinion of this date, the State's motion to dismiss is
**GRANTED**, and we **DISMISS** the appeal.

Judgment entered April 15, 2024



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-24-00320-CR     V.

DEMARCUS DEAN SCOTT,
Appellee

On Appeal from the County Court at
Law No. 7, Collin County, Texas
Trial Court Cause No. 007-86865-
2023.
Opinion delivered by Justice
Kennedy. Justices Molberg and
Nowell participating.

Based on the Court's opinion of this date, the State's motion to dismiss is **GRANTED**, and we **DISMISS** the appeal.

Judgment entered April 15, 2024